UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80025-T/P-HURLEY

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

PATRICK CAMPBELL,

          Defendant.      /



### *REPORT AND RECOMMENDATION*

**THIS CAUSE** came before the Court on November 16, 2011, for a final hearing on the Petition on alleged violation of supervised release. The defendant is charged with violation of his supervised release:

1. Violation of Mandatory Condition, by failing to refrain from violation of the law.

On or about June 14, 2011, the defendant committed the offense of Attempted Illegal Re-entry by Aggravated Felon, in violation of 8 U.S.C. § 1326(a) and (b)(2). The defendant has been charged in Southern District of Florida, United States District Court, Case#11-80111-CR-HURLEY.

The Defendant consulted with counsel and admitted to violating the condition of supervised release. The Court found that the Defendant voluntarily and knowingly admitted to the violation of his supervised release. Based upon this finding, this Court recommends to the District Court that PATRICK CAMPBELL be found in violation of **his supervised release** and recommends that the

United States District Court proceed to sentencing in this matter.

Pursuant to 28 U.S.C. §636(b)(1)(B)and (C), the parties shall serve and file written objections, if any, with the Honorable Daniel T.K. Hurley, United States District Court Judge within fourteen (14) days from the date of this report and recommendation.

**DONE AND SUBMITTED** in Chambers at West Palm Beach, Florida, this 16th day of November, 2011.

                                                  **LINNEA R. JOHNSON**
                                                  **UNITED STATES MAGISTRATE JUDGE**

c:      The Honorable Daniel T.K. Hurley
       Lothrop Morris, AUSA
       Joaquin Perez, Esquire
       James Peirce, USPO